# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| GREG MORENO, | Case No.: 1:16-cv-00121-GSA |
| Plaintiff, | |
| vs. | **ORDER** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

     Pursuant to the Parties' Stipulation for Extension of Time, IT IS HEREBY ORDERED that Defendant has until **November 17, 2016** to submit her response to Plaintiff's opening brief. All other dates in the Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

    Dated: __**September 29, 2016**__             __**/s/ Gary S. Austin**__
                                                          UNITED STATES MAGISTRATE JUDGE