**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| GREG MORENO, | ) Case No.: 1:16-cv-00121-GSA |
| Plaintiff, | ) |
| vs. | ) **ORDER RE: SUPPLEMENTAL** |
| | ) **BRIEFING** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

In light of the Notice of Supplemental Authority filed by the Commissioner on December 7, 2016 (Doc. 19), Plaintiff may file additional supplemental briefing addressing *Guiterrez v. Colvin*, No., 14-35231, 2016 U.S. App. LEXIS 21362 (9th Cir. Nov. 29, 2016).  The Court notes that Plaintiff discusses this case in his reply (Doc. 18, pgs. 4-5).  However, since this pleading was filed prior to the publication of the decision the Court will allow Plaintiff the opportunity to file supplemental briefing on this case if he desires.  Any supplemental briefing shall be filed **no later than January 7, 2017**, *and shall be no longer than five pages*.  Defendant may file any response to Plaintiff's filing **no later than January 29, 2017**.  Defendant's response *shall not exceed five pages*.

IT IS SO ORDERED.

Dated:   **December 8, 2016**                       /s/ Gary S. Austin
                                                    UNITED STATES MAGISTRATE JUDGE

1